**SUPPRESSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN -7 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| LEAMAN GEORGE CREWS III, | ) |
| Defendant. | ) 4:18CR480 HEA/NAB |

## INDICTMENT

The Grand Jury charges that:

### COUNTS I-V
### WIRE FRAUD: 18 U.S.C. § 1343

### INTRODUCTION

1. Brewer Science Incorporated (hereinafter "BSI") is a technology company that develops and manufactures semiconductors and microelectronic devices with its headquarters located in Rolla, Missouri, in the Eastern District of Missouri.

2. The defendant, **LEAMAN GEORGE CREWS III** (hereinafter "Crews"), was hired by BSI to be the Director of Information Systems on or about November 19, 2001. As part of his employment, defendant Crews was responsible for purchasing software and computer equipment on behalf of BSI. In order to purchase software equipment for the company, defendant Crews was given a BSI company credit card.

3. BSI company policy required an expense report be submitted for each charge made to the BSI credit card.

4. Defendant Crews established an account through PayPal in his name (hereinafter "Leaman Crews PayPal account") and connected the BSI company credit card to that PayPal account.

5. Defendant Crews established a second account through PayPal in the name of his elderly neighbor, W.F. (hereinafter W.F. PayPal account). Further, defendant Crews established an email account through Google in the name Mac Store Los Angeles at gmail.com, which was connected to the W.F. PayPal account in order to falsely represent this PayPal account belonged to a true vendor of software and computer equipment to BSI.

6. On or about August 24, 2017, Crews' employment with BSI was terminated.

## THE SCHEME

9. From on or about May 2, 2008 to on or about August 11, 2017, the relevant time period, defendant Crews devised and intended to devise a scheme to defraud BSI, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## MANNER AND MEANS

It was part of the scheme that:

10. During the relevant time period, defendant Crews knowingly charged the BSI company credit card for fictitious purchases of software and computer equipment.

11. It was part of the scheme that, rather than using the BSI credit card to purchase software and computer equipment for BSI, defendant Crews knowingly used the BSI credit card to fund transfers from the Leaman Crews PayPal account to the W.F. PayPal account.

12. It was further part of the scheme that after creating such wire transfers, defendant Crews would provide false and fraudulent "expense reports" to BSI purportedly justifying the

use of the BSI credit card to fund transfers to the W.F. PayPal account. As part of the false and fraudulent "expense reports", defendant Crews submitted PayPal records reflecting funds transfers to the Mac Store Los Angeles Gmail account associated with the W.F. PayPal account. Said transfers included the following:

    a. On November 1, 2008, defendant Crews charged $435.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

    b. On May 4, 2009, defendant Crews charged $1,845.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

    c. On February 2, 2010, defendant Crews charged $1,745.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

    d. On December 7, 2011, defendant Crews charged $1,960.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

    e. On March 1, 2012, defendant Crews charged $1,925.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

    f. On March 1, 2013, defendant Crews charged $1,900.00 to the BSI credit card for a wire transfer made from the Leaman Crews PayPal account to the W.F. PayPal account and submitted a record of the PayPal payment to BSI.

13. It was further part of the scheme that, in truth and in fact, none of these above-

referenced PayPal payments corresponded to legitimate purchases made on behalf of BSI.

14. It was further part of the scheme that in reliance upon the false and fraudulent "expense reports" submitted by defendant Crews, BSI would pay the balance on defendant Crews' BSI credit card.

15. It was further part of the scheme that between May 2, 2008 and August 11, 2017, defendant Crews submitted false and fraudulent "expense reports" to BSI related to 1,617 fraudulent wire transfers in the manner described above, totaling at least $1,851,520.

16. Subsequent to performing the 1,617 fraudulent wire transfers, defendant Crews caused additional wire transfers between various PayPal and bank accounts ultimately using the BSI funds for personal expenditures unrelated to the legitimate BSI business, including cash withdrawals and personal credit card purchases.

17. On or about each of the dates set forth below, in the Eastern District of Missouri, the defendant,

**LEAMAN GEORGE CREWS III**

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | WIRE TRANSACTION |
|---|---|---|
| I | October 21, 2013 | $1,875.00 charge to the BSI credit card for a wire transfer made from Leaman Crews PayPal account to W.F. PayPal account |
| II | August 31, 2014 | $1,985.00 charge to the BSI credit card for a wire transfer made from Leaman Crews PayPal account to W.F. PayPal account |
| III | May 15, 2015 | $1,990.00 charge to the BSI credit card for a wire transfer made from Leaman Crews PayPal account to W.F. PayPal account |

| IV | October 4, 2016 | $1,980.00 charge to the BSI credit card for a wire transfer made from Leaman Crews PayPal account to W.F. PayPal account |
| V | March 2, 2017 | $1,975.00 charge to the BSI credit card for a wire transfer made from Leaman Crews PayPal account to W.F. PayPal account |

All in violation of, and punishable under, Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1343 as set forth in Count(s) I-X, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to such violations.

2.  Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said violations, the amount of which is at least $1,851,520.

3.  Specific property subject to forfeiture includes, but is not limited to, the following:

    a. Real Property known as 436 Holly Lane, St. James, MO 65559, Parcel #71-02-4.0-20-004-001-003.004;

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Lindsay McClure-Hartman – 66070MO
Assistant United States Attorney